UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA GAS TRANSMISSION
COMPANY, LLC,

    Petitioner,

v.

+/- 0.416 ACRES OF LAND IN PUTNAM
COUNTY, FLORIDA, CONNIE J. HARRIS,
UNKNOWN OWNERS, IF ANY,

    Defendants.
_____/

CASE NO. 3:21-CV-00245
Tract Nos:
FLMED-PUTN-010.01

**DEFENDANT'S ANSWER, RESERVATIONS, AND**
**AFFIRMATIVE DEFENSES TO THE PETITION**

Defendant, Connie J. Harris, by and through the undersigned counsel, hereby responds to the Petition filed by the Florida Gas Transmission Company, LLC as follows:

1.     Admitted.

2.     Without knowledge.

3.     Admitted that Exhibit 1 is attached, but without knowledge as to the balance of the allegation.

4.     Admitted that Exhibit 2 is attached, but without knowledge as to the balance of the allegation.

/86673/1#43821383 v1

5.  Admitted that Exhibit 3 is attached to the Petition, but without knowledge as to the balance of the allegation.

6.  Without knowledge.

7.  Admitted.

8.  Without knowledge.

9.  Without knowledge.

10. Without knowledge.

11. Admitted that Exhibit 4 is attached to the Petition, but without knowledge as to the balance of the allegation.

12. Without knowledge.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Without knowledge.

17. Without knowledge.

18. Without knowledge.

### Reservations & Affirmative Defenses

19. Further Claims. Defendant has not been fully apprised by Petitioner of the exact extent to which the property of Defendant will be taken, the uses to which the Defendant may put their remaining property, or the exact nature of the construction to take place on the part taken. Accordingly, Defendant reserves the

2

right to make further claims concerning other and further damages to the remaining property caused by any change of grade, limitation of access, imposition of zoning and building restrictions, impairment of the surface waters, minimum elevation requirements for building improvements, and loss of light, air, and view between Defendant's remaining property and any facilities constructed on the property, and any other damages caused by the taking of whatever character that may be sustained by Defendant on the remaining property as a result of the taking and uses thereof by Petitioner. Accordingly, Defendant reserves the right to prove these damages and receive additional compensation.

20. <u>Good Faith</u>. Defendant affirmatively reserves the right to assert that the Petitioner's action constitutes an improper abuse of discretion, was taken in bad faith, or is illegal per se. Defendant further reserves the right to assert that the amount set forth in the declaration of taking is not a good faith estimate of value based on a valid appraisal, and that the condemning authority did not negotiate in good faith as required by Florida Statutes, Section 73.015.

21. <u>Fees and Costs</u>. Defendant asserts that the value of the property taken is great and claims damages to remainder land. Defendant demands a hearing before a jury so that full compensation may be fixed and determined for the damages occasioned by this taking, and for interest, attorneys' fees, and other necessary costs and expenses incurred in this proceeding, including, but not limited to, appraiser's fees, surveying costs, photographer's costs, and engineers' costs.

/86673/1#43821383 v1

22.     <u>Jury View</u>.  Defendant requests that any improvements remain on the property (and not be demolished) until a jury view has occurred, so as to allow the jury the opportunity to fully inspect the property with the improvements intact for the purposes of determining full compensation and value.

WHEREFORE, Defendant respectfully demands that the Petition be dismissed with prejudice or, should the Petition be granted, that the Court require a deposit in excess of that set forth in the Declaration of Taking and disbursement to Defendant of same, and that a jury of twelve (12) persons be empanelled to view the property and determine full compensation, including the value of the property taken and damages to Defendant's remaining property, and thereafter the Court enter Final Judgment in favor of Defendant and against Petitioner in the amount so found by the jury and that the Court tax interest against Petitioner and tax Petitioner with all costs incurred by Defendant in this action, including attorney's fees and that the Court grant Defendant whatever further relief it deems proper under the circumstances.

Dated this 25th day of March, 2021.

> Respectfully submitted,
>
> GRAYROBINSON, P.A.
>
> /s/ Michael J. Tomkiewicz
> MICHAEL J. TOMKIEWICZ, ESQ. (FBN 73944)
> Primary: mike.tomkiewicz@gray-robinson.com
> Secondary: dawn.wilkinson@gray-robinson.com
> 301 South Bronough Street, Suite 600
> Tallahassee, Florida 32301
> Tel. (850) 577-9090; Fax (850) 577-3311
> *Attorneys for Connie J. Harris*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 25th day of March, 2021 through the Court's CM/ECF electronic notification system and served electronically on all parties having appeared electronically in this case.

/s/
ATTORNEY