UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FLORIDA GAS TRANSMISSION COMPANY, LLC,**

    **Plaintiff,**

vs.

**+/- 0.416 ACRES OF LAND IN PUTNAM COUNTY, FLORIDA, CONNIE J. HARRIS, UNKNOWN OWNERS, IF ANY,**

    **Defendants.**
_____/

Case No. 3:21-cv-00245-TJC-JBT

Tract Nos: FLMED-PUTN-010.01

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR FINAL SUMMARY DEFAULT JUDGMENT AS TO TRACT FLMED-PUTN-010.01**

Plaintiff, FLORIDA GAS TRANSMISSION COMPANY, LLC ("FGT"), hereby files this supplemental motion to its Motion for Final Summary Default Judgment as to Tract FLMED-PUTN-010.01 and Memorandum of Law in Support (the "Motion") [Doc. 24]. FGT incorporates herein by reference the entirety of the Motion and supplements the Motion as follows:

In the Motion, FGT seeks a final summary default judgment as to Defendants, UNKNOWN OWNERS (the "Defaulted Defendants"). As stated in Paragraph 9 of the Motion, FGT reached a confidential settlement with Defendant, CONNIE J. HARRIS, who is the fee owner of Tract No. FLMED-PUTN-010.01 (the "Fee Owner"). Accordingly, FGT is seeking entry of a

Stipulated Final Judgment as to the Fee Owner's interest and the disposition of the Confidential Settlement Agreement [Doc. 25]. The settlement with the Fee Owner resolves all compensation for the taking including attorney's fees and expert costs, if any, and is subject to apportionment which includes the interests, if any, of the Defaulted Defendants. The amount of compensation to be paid to the Fee Owner is subject to a Confidential Settlement Agreement and, therefore, is not disclosed in FGT's Motion. However, because this information is relevant to the disposition of FGT's pending Motion seeking default final judgment against the Defaulted Defendants, FGT is filing this Supplemental Motion to confirm to the Court that the compensation paid to the Fee Owner exceeds the appraised value of $900 for Tract No. FLMED-PUTN-009.01. *See* Declaration of Chad Durrance [Doc. 24-1].

As provided for in the Motion, a final default judgment as to the Defaulted Defendants is appropriate. Moreover, the confidential settlement provides for the payment of compensation that exceeds the appraised value of Tract No. FLMED-PUTN-010.01 and is subject to apportionment (including the interests of Defaulted Defendants). Therefore, an additional deposit should not be necessary to secure the entry of a final default judgment as to the Defaulted Defendants.

WHEREFORE, FGT respectfully requests that the Court:

(a) grant the Motion for Final Summary Default Judgment as to Tract FLMED-PUTN-010.01 and the Supplemental Motion thereto;

(b) enter Final Summary Default Judgment as to the Defaulted Defendants, Unknown Owners, without any requirement for a deposit; and

(c) grant other and further relief as is appropriate.

Dated this 25th day of August, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to any filing users who may have entered an appearance in this action.

As to any Defendant who is known by Plaintiff to be represented by counsel but whose counsel has not yet made an appearance in this proceeding, I hereby certify that on August 25, 2021, I provided the foregoing to such counsel via counsel's known email address and/or via U.S. mail to counsel's business address.

As to any Defendant who is unrepresented, does not utilize CM/ECF, and has an address known to Plaintiff, I hereby certify that on August 25, 2021, I mailed the foregoing to the party's last known address, as authorized by Federal Rule of Civil Procedure 5(b).

As to any Defendant who is represented and whose address is unknown to Plaintiff, I hereby certify that on August 25, 2021, I will file the foregoing with the Clerk of Court using the CM/ECF system and thereby serve pursuant to Federal Rule of Civil Procedure 5(b)(2)(D).

Respectfully submitted,

**SHARMA EMINENT DOMAIN LAWYERS, PLLC**

/s/ Prineet Sharma
PRINEET SHARMA
Florida Bar No.: 154520
prineet@sharmafl.com
malinda@sharmafl.com
melissa@sharmafl.com
IGMEDIO EDGARDO PANTALEON JR.
Florida Bar No.: 603546
ed@sharmafl.com
IVONNE T. CALDWELL
Florida Bar No.: 0063029
ivonne@sharmafl.com
3732 Winter Garden Vineland Rd.
Winter Garden, FL 34787
(407) 395-3301; Fax: (407) 395-3294
Attorneys for FGT