# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FLORIDA GAS TRANSMISSION
COMPANY, LLC,

    Plaintiff,

vs.

+/– 0.416 ACRES OF LAND IN PUTNAM
COUNTY, FLORIDA, CONNIE J. HARRIS,
UNKNOWN OWNERS, IF ANY,

    Defendants.
_____/

Case No.
3:21-cv-245-TJC-JBT

Tract Nos:
FLMED-PUTN-010.01

## S<small>TIPULATED</small> F<small>INAL</small> J<small>UDGMENT OF</small> C<small>ONDEMNATION</small>

This cause is before the Court on the parties' Joint Motion for Entry of Stipulated Final Judgment of Condemnation. (Doc. 25). Having reached a confidential settlement agreement that provides for payment of compensation, subject to apportionment, Plaintiff Florida Gas Transmission Company (FGT) and Defendants, Connie J. Harris, jointly request that the Court enter this Stipulated Final Judgment of Condemnation granting title to the Subject Easements to FGT pursuant to the Term Sheet attached hereto as Exhibit A.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Entry of Stipulated Final Judgment of Condemnation (Doc. 25) is **GRANTED**.

2. The easement interest and rights acquired and vested in FGT in Parcel FLMED-PUTN-010.01 are attached hereto as Exhibit A and said interests and rights are ratified, confirmed, adopted herein, and incorporated by reference into this Judgment.

3. This case is dismissed. The Court reserves jurisdiction for a period of sixty (60) days from the date of this Judgment, during which either party may move to reopen this action upon good cause shown. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of December, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Lc 19

Copies:
Counsel and parties of record
The Hon. Timothy J. Corrigan

Attached:
Exhibit A